UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 5:21-cv-00248-SP | Date | September 27, 2022 |
|---|---|---|---|
| Title | EDWARD ESTRELLA, et al. v. THROUGH TRUCKING, LLC, et al. | | |

| Present: The Honorable | Sheri Pym, United States Magistrate Judge | |
|---|---|---|
| Kimberly I. Carter | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |
| None Present | | None Present |

**Proceedings:** **(In Chambers) Order to Show Cause Why Motion to Compel Should Not Be Denied for Failure to Comply With Local Rule 37**

On September 26, 2022, plaintiff filed a Motion to Compel Further Responses to Discovery (docket nos. 76, 77). Although the memorandum in support of the motion purports to be in the form of a joint stipulation as required for all discovery motions by Local Rule 37-2, it contains only plaintiff's position; defendants' portions are left blank. Further, although the motion was accompanied by a declaration showing some efforts by plaintiff to meet and confer, so far as the court can tell neither the declaration nor its exhibits establish that opposing counsel failed to confer or to cooperate in the preparation of a joint stipulation. Thus, it appears that under Local Rule 37-2.4, the court should not consider the motion and instead deny it without prejudice.

In addition, plaintiff noticed the hearing on the motion for October 11, 2022. Were there a proper joint stipulation, the earliest the hearing could be noticed would be October 18, 2022, given that the court hears motions on Tuesdays and this motion was filed on September 26. *See* L.R. 37-3. But since plaintiff filed the motion without a true joint stipulation, had he established a right to do so under Local Rule 37-4, that would mean Local Rules 6-1, 7-9, and 7-10 would govern. *See* L.R. 37-2.4. Under Local Rule 6-1, the notice of motion must be filed not later than 28 days before the hearing date, and therefore the earliest the motion without a joint stipulation could be noticed was October 25, 2022. Either way, the noticed hearing date of October 11 is improper.

Accordingly, plaintiff is hereby ordered to show cause, on or before October 4, 2022, why the Motion to Compel should not be denied for failure to comply with Local Rule 37. If plaintiff withdraws the motion on or before October 4, 2022, the order to

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 5:21-cv-00248-SP | Date | September 27, 2022 |
|---|---|---|---|
| Title | EDWARD ESTRELLA, et al. v. THROUGH TRUCKING, LLC, et al. | | |

show cause will be discharged.