UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EDWARD ESTRELLA, et al., | ) | Case No. 5:21-cv-00248-SP |
| Plaintiffs, | ) ) | |
| | ) | ORDER GRANTING DISMISSAL |
| v. | ) ) | |
| THROUGH TRUCKING, LLC, et al., | ) ) ) | |
| Defendants. | ) ) | |

    On December 13, 2022, plaintiff Edward Estrella and cross-claimants Knight Transportation, Inc. and Don Lois Van Meter each filed notices of dismissal, stating they dismiss all claims and cross-claims in this case. Under Rule 41(a) of the Federal Rules of Civil Procedure, a plaintiff may voluntarily dismiss an action, without a court order, by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). Such dismissal is without prejudice. Fed. R. Civ. P. 41(a)(1)(B). If the opposing party has answered or moved for summary judgment and there is no stipulation of dismissal, a plaintiff requires a court order to voluntarily dismiss an action. Fed. R. Civ. P. 41(a)(2). "In ruling on a motion for voluntary dismissal, the District Court must consider whether the defendant will suffer some plain legal prejudice as a result of the dismissal." *Hamilton v.*

*Firestone Tire & Rubber Co., Inc.*, 679 F.2d 143, 145 (9th Cir. 1982). The same rule applies to dismissal of cross-claims. Fed. R. Civ. P. 41(c).

  Defendants and cross-defendants have answered in this case. But while a stipulation for dismissal was not technically filed here, the notices of dismissal are pursuant to a settlement agreement reached at the October 14, 2022 settlement conference and subsequently finalized. Consequently, defendant and cross-defendants will not suffer any prejudice by plaintiff's and cross-claimants' dismissal of this action, particularly since the court is dismissing this case with prejudice.

  IT IS THEREFORE ORDERED that dismissal of this action is GRANTED, and that Judgment be entered dismissing this action in its entirety with prejudice.

Dated: December 16, 2022

_____
SHERI PYM
United States Magistrate Judge