JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ESTRELLA, et al., | Case No. 5:21-cv-00248-SP |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| THROUGH TRUCKING, LLC, et al., | |
| Defendants. | |

Pursuant to the Order Granting Dismissal, IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

Dated: December 16, 2022

_____
SHERI PYM
United States Magistrate Judge